1026

THE STATE OF WASHINGTON, *Respondent*, v. CUAUHTEMOC SALAZAR ALEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00187-8, Carolyn A. Brown, J., entered September 26, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02525-9, Richard A. Jones, J., entered August 7, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Coleman and Kennedy, JJ.

THE STATE OF WASHINGTON, *Appellant*, v. DONTE AL-WAKEEL YOUNG, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-00981-9, Gerald L. Knight, J., entered June 13, 2003. *Reversed* by unpublished opinion per Coleman, J., concurred in by Cox, C.J., and Grosse, J.